UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHRISTOPHER SAULS, )
)
        Plaintiff, )
)
  v. ) **JUDGMENT**
)
MARTIN O'MALLEY, ) 5:22-CV-393-BO-RJ
Commissioner of Social Security, )
)
        Defendant. )
)

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g)

**This case is closed.**

**This judgment filed and entered on March 6, 2024, and served on:**
Derrick Arrowood (via CM/ECF NEF)
Brittany Gigliotti (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)

                                  PETER A. MOORE, JR., CLERK

March 6, 2024
                                  /s/ Lindsay Stouch
                                  By: Deputy Clerk