IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00393-BO-RJ

| | |
|---|---|
| CHRISTOPHER SAULS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| LELAND C. DUDEK, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of Plaintiff's petition for an award for attorney's fees in the sum of $18,700.00, representing less than 25% of Plaintiff's accrued back benefits,

It is therefore ORDERED that Plaintiff's counsel, Derrick K. Arrowood, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the sum of $18,700.00. Upon receipt, Plaintiff's counsel shall then reimburse Plaintiff the sum of $4,700.00 previously awarded under the EAJA, 28. U.S.C. § 2412.

This 2 day of May, 2025,

Terrence Boyle
TERRENCE W. BOYLE,
United States District Judge